IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NOKOMIS CARTER**                                                                                 **PLAINTIFF**

v.                                       Case No. 4:21-cv-01092-LPR

**BAPTIST MEDCARE, INC. d/b/a**
**PRACTICE PLUS, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on June 23, 2023, and the Order just entered today, it is CONSIDERED, ORDERED, and ADJUDGED that summary judgment is entered in favor of all Defendants on all claims.

IT IS SO ADJUDGED this 3rd day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE